IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-21226-RAR

DR. EDWIN A. HERNANDEZ and
EGLA CORP.,

    *Plaintiffs*,

v.

STINGRAY GROUP INC. f/k/a STINGRAY DIGITAL GROUP, INC., STINGRAY MUSIC USA, INC., MOOD MEDIA LLC f/k/a MOOD MEDIA CORPORATION, AT&T ENTERPRISES, LLC f/k/a AT&T CORP., MILLICOM INTERNATIONAL SERVICES, LLC, and BLUE STREAM COMMUNICATIONS, LLC dba BLUE STREAM FIBER,

    *Defendants*.

**JURY TRIAL DEMANDED**

## LIST OF WITNESSES FOR THE EVIDENTIARY HEARING ON OCTOBER 8, 2024

Defendants Stingray Group Inc., Stingray Music USA, Inc., Millicom International Services, LLC, Blue Stream Communications, LLC, Mood Media LLC, and AT&T Enterprises, LLC (collectively "Defendants") hereby identify the following witnesses for the evidentiary hearing scheduled for 9:30AM on October 8, 2024:

    Mr. Lloyd Perry Feldman

    Mr. Philippe Cote

    Mr. Michael McBride (to the extent necessary to authenticate certain exhibits)

    Dr. Edwin Hernandez

1

Dated: October 1, 2024

Respectfully submitted,

/s/ *Jorge Mestre*
Jorge Mestre
jmestre@riveromestre.com
Florida Bar No. 88145
Allison Henry
ahenry@riveromestre.com
Florida Bar No. 1003008
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

/s/ Demetrios Anaipakos
Demetrios Anaipakos (admitted pro hac vice)
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Michael McBride (admitted pro hac vice)
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Steven Jugle (admitted pro hac vice)
Texas Bar No. 24083280
sjugle@aatriallaw.com
Justin Y. Chen
Texas Bar No. 24074024
jchen@aatriallaw.com
Connie Flores Jones
Texas Bar No. 00793736
cfloresjones@aatriallaw.com
**ALAVI & ANAIPAKOS PLLC**
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile:  (713) 751-2341

*Counsel for Defendants Stingray Group Inc., Stingray Music USA, Inc., Millicom International Services, LLC, and Blue Stream Communications*

/s/ David C. Banker
David C. Banker
dbanker@bushross.com
Florida Bar No. 35977
**BUSH ROSS, P.A.**
1801 North Highland Avenue
Tampa, Florida 33602
Telephone: (813) 224-9255
Facsimile: (813) 223-9620

Michael D. Specht *(pro hac vice)*
mspecht@sternekessler.com
Uma Everett *(pro hac vice)*
ueverett@sternekessler.com
Jonathan Tuminaro *(pro hac vice)*
jtuminar@sternekessler.com
**STERN, KESSLER, GOLDSTEIN & FOX P.L.L.C.**

*Counsel for Defendant Mood Media, LLC*

/s/ Alice Snedeker
Harvey W. Gurland, Jr.
hwgurland@duanemorris.com
**DUANE MORRIS LLP**
201 S Biscayne Boulevard Suite 3400
Miami, Florida 33131
Telephone: (305) 960-2214
Facsimile: (305) 397-1874

Matthew S. Yungwirth (*pro hac vice*)
msyungwirth@duanemorris.com
Alice E. Snedeker (*pro hac vice*)
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

*Counsel for Defendant AT&T Enterprises, LLC f/k/a AT&T Corp.*

3

## CERTIFICATE OF SERVICE

      I CERTIFY that on October 1, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                                                        */s/ Jorge Mestre*
                                                        Jorge Mestre