IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-21226-RAR

DR. EDWIN A. HERNANDEZ and
EGLA CORP.,

    *Plaintiffs*,

v.

STINGRAY GROUP, INC. f/k/a
STINGRAY DIGITAL GROUP, INC.,
STINGRAY MUSIC USA, INC.,
MOOD MEDIA LLC f/k/a MOOD
MEDIA CORPORATION, AT&T
ENTERPRISES, LLC f/k/a AT&T
CORP., MILLICOM
INTERNATIONAL SERVICES, LLC,
and BLUE STREAM
COMMUNICATIONS, LLC dba
BLUE STREAM FIBER,

    *Defendants*.

**JURY TRIAL DEMANDED**

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Dr. Edwin A. Hernandez and EGLA Corp. (collectively, "Plaintiffs") and Defendants Stingray Group Inc., Stingray Music USA, Inc., Mood Media, LLC, AT&T Enterprises, LLC, Millicom International Services, LLC, and Blue Stream Communications LLC, (collectively, "Defendants") hereby jointly submit this motion seeking entry of the Stipulated Protective Order, attached hereto as **Exhibit A**. The parties jointly request that the Court enter the Stipulated Protective Order.

1

| | |
|---|---|
| Dated: March 24, 2025 | Respectfully submitted, |
| /s/ *Elio F. Martinez, Jr.* | /s/ *Jorge Mestre* |
| Elio F. Martinez, Jr. | Jorge Mestre |
| Florida Bar No. 501158 | jmestre@riveromestre.com |
| Elio.martinez@gray-robinson.com | Florida Bar No. 88145 |
| Francesca Russo | Allison Henry |
| Florida Bar No. 174912 | ahenry@riveromestre.com |
| francesca.russo@gray-robinson.com | Florida Bar No. 1003008 |
| **GRAY|ROBINSON, P.A.** | **RIVERO MESTRE LLP** |
| 333 S.E. 2nd Avenue, Suite 3200 | 2525 Ponce de Leon Boulevard, Suite 1000 |
| Miami, Florida 33131 | Miami, Florida 33134 |
| Tel: (305) 416-6880 | Telephone: (305) 445-2500 |
| Fax: (305) 416-6887 | Facsimile: (305) 445-2505 |

| | |
|---|---|
| /s/ *Gregory S. Cordrey* | /s/ *Demetrios Anaipakos* |
| Gregory S. Cordrey (*pro hac vice*) | Demetrios Anaipakos *(pro hac vice)* |
| gcordrey@jmbm.com | Texas Bar No. 00793258 |
| Stanley M. Gibson (*pro hac vice*) | danaipakos@aatriallaw.com |
| smg@jmbm.com | Amir H. Alavi *(pro hac vice)* |
| Lena Streisand (*pro hac vice*) | Texas Bar No. 00793239 |
| lstreisand@jmbm.com | aalavi@aatriallaw.com |
| **JEFFER MANGELS BUTLER &** | Justin Chen *(pro hac vice)* |
| **MITCHELL LLP** | Texas Bar No. 24074024 |
| 1900 Avenue of the Stars, 7th Floor | jchen@aatriallaw.com |
| Los Angeles, California 90067 | Connie Flores Jones *(pro hac vice)* |
| Telephone: (310) 203-8080 | Texas Bar No. 00793736 |
| Fax: (310) 203-0567 | cfloresjones@aatriallaw.com |
| | Michael McBride *(pro hac vice)* |
| *Counsel for Plaintiffs Dr. Edwin A.* | Texas Bar No. 24065700 |
| *Hernandez, and EGLA Corp.* | mmcbride@aatriallaw.com |
| | Steven Jugle *(pro hac vice)* |
| | Texas Bar No. 24083280 |
| | sjugle@aatriallaw.com |
| | Masood Anjom *(pro hac vice)* |
| | Texas Bar No. 24055107 |
| | manjom@aatriallaw.com |
| | **ALAVI & ANAIPAKOS PLLC** |
| | 609 Main Street, Suite 3200 |
| | Houston, Texas 77002 |
| | Telephone: (713) 751-2362 |
| | Facsimile: (713) 751-2341 |
| | |
| | *Counsel for Defendants Stingray Music USA, Inc., Stingray Digital Group, Inc., Millicom International* |

2

*Services LLC, and Blue Stream Communications, LLC*

*/s/ David C. Banker*
David C. Banker
dbanker@bushross.com
Florida Bar No. 35977
**BUSH ROSS, P.A.**
1801 North Highland Avenue
Tampa, Florida 33602
Telephone: (813) 224-9255
Facsimile: (813) 223-9620

*/s/ Michael D. Specht*
Michael D. Specht *(pro hac vice)*
mspecht@sternekessler.com
Uma Everett *(pro hac vice)*
ueverett@sternekessler.com
Jonathan Tuminaro *(pro hac vice)*
jtuminar@sternekessler.com
**STERN, KESSLER, GOLDSTEIN & FOX P.L.L.C.**

*Counsel for Defendant Mood Media, LLC*

*/s/ Harvey W. Gurland, Jr.*
Harvey W. Gurland, Jr.
hwgurland@duanemorris.com
**DUANE MORRIS LLP**
201 S Biscayne Boulevard Suite 3400
Miami, Florida 33131
Telephone: (305) 960-2214
Facsimile: (305) 397-1874

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth (*pro hac vice*)
msyungwirth@duanemorris.com
Alice E. Snedeker (*pro hac vice*)
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

*Counsel for Defendant AT&T Enterprises, LLC*

3

*f/k/a AT&T Corp.*