UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21226-RAR

**EDWIN A. HERNANDEZ**, *et al.*,

    Plaintiffs,

v.

**STINGRAY GROUP, INC.**
*f/k/a* **STINGRAY DIGITAL GROUP, INC.**, *et al.*,

    Defendants.

_____/

**ORDER GRANTING JOINT MOTION FOR
CONTINUANCE OF CERTAIN PRE-TRIAL DEADLINES**

**THIS CAUSE** comes before the Court upon Plaintiffs Dr. Edwin A. Hernandez and EGLA CORP. and Defendants Stingray Group Inc. f/k/a Stingray Digital Group, Inc., Stingray Music USA, Inc., AT&T Enterprises LLC f/k/a AT&T Corp., Millicom International Services, LLC, and Blue Stream Communications, LLC d/b/a Blue Stream Fiber's Motion to Modify the Scheduling Order ("Motion"), filed on May 16, 2025.  *See* [ECF No. 254].[1]  The Court having carefully reviewed the Motion and the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Modify the Scheduling Order, [ECF No. 254], is **GRANTED**.

2. Accordingly, the Order Setting Jury Trial Schedule, [ECF No. 154], is amended **only** as follows and remain unaltered in all other respects:

   **June 2, 2025**.  The parties shall exchange expert witness summaries or reports.

   **June 23, 2025**.  The parties shall exchange rebuttal expert witness summaries or reports.

---

[1] Defendant Mood Media LLC f/k/a Mood Media Corporation represented to the Moving Parties during a conference of counsel on May 16, 2025, that it opposes the relief granted in this Order.  *See* [ECF No. 254] at 2 n.1.

**July 8, 2025**. All discovery, including expert discovery, shall be completed.[2]

**July 10, 2025**. The parties must have completed mediation and filed a mediation report.

**July 15, 2025**. The parties shall file all pre-trial motions, including motions for summary judgment, and *Daubert* motions. Each party is limited to filing one *Daubert* motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. **The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification.**

3. Given the extensions granted herein, the Joint Motion to Extend Expert Report Deadlines, [ECF No. 249], is hereby **DENIED as MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of May, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[2] The parties may, by agreement or with the consent of the paired Magistrate Judge, extend this deadline so long as that extension does not interfere with any of the other deadlines contained in this Scheduling Order.