UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cv-21226-EA

DR. EDWIN A. HERNANDEZ and
EGLA CORP.,

     Plaintiffs,

v.

STINGRAY GROUP, INC. f/k/a
STINGRAY DIGITAL GROUP, INC.,
STINGRAY MUSIC USA, INC.,
MOOD MEDIA LLC f/k/a MOOD
MEDIA CORPORATION, AT&T
ENTERPRISES, LLC f/k/a AT&T
CORP., MILLICOM
INTERNATIONAL SERVICES, LLC,
and BLUE STREAM
COMMUNICATIONS, LLC dba
BLUE STREAM FIBER,

     Defendants.

_____/

**ORDER**

Pending before the Court is a Report and Recommendation **[ECF No. 350]** (the "Report") recommending that this Court DENY Defendant, MOOD MEDIA LLC's ("Mood Media") Motion for Summary Judgment ("Motion") **[ECF No. 304]**. On September 25, 2025, Mood Media raised objections **[ECF No. 355]** to the magistrate judge's report and recommendation; therefore, this Court reviews the objected-to portions of the Report *de novo*. *See United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Having thus considered the Report and Mood Media's filed objections and being otherwise advised as to the premises, it is **ORDERED AND ADJUDGED** that,

    1.    The Report **[ECF No. 350]** is **AFFIRMED.**

2.       Defendant, MOOD MEDIA LLC's ("Mood Media") Motion for Summary Judgment ("Motion") **[ECF No. 304]** is hereby **DENIED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 30th day of March 2025.

_Ed Artau_
_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:
Allen Frederick Bennett
Santucci Priore & Long LLP
200 S Andrews Avenue
Suite 100
Fort Lauderdale, FL 33301
561-860-0654
Email: allen@afbip.com

Robert L Drolet
RL Drolet Patent Prosecution Services PLLC
Fort Lauderdale Office
515 E Las Olas Boulevard
Suite 1301
33301
Fort Lauderdale, FL 33301
954-691-0260
Fax: 954-691-0261
Email: rob@rldpatents.com

Amir H. Alavi
Alavi & Anaipakos PLLC
609 Main Street, Suite 3200
Houston, TX 77002
(713) 751-2632
Email: aalavi@aatriallaw.com

Demetrios Anaipakos
Alavi & Anaipakos PLLC
609 Main Street, Suite 3200
Houston, TX 77002
(713) 751-2632
Email: danaipakos@aatriallaw.com

Jorge Alejandro Mestre

2

Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134
305-445-2500
Fax: 305-445-2505
Email: jmestre@riveromestre.com

Michael McBride
Alavi & Anaipakos PLLC
609 Main Street, Suite 3200
Houston, TX 77002
(713) 751-2632
Email: mmcbride@aatriallaw.com

Steven Jugle
Alavi & Anaipakos PLLC
609 Main Street, Suite 3200
Houston, TX 77002
(713) 751-2632
Email: sjugle@aatriallaw.com

Taylor Marie Diaz
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Unit 1000
Coral Gables, FL 33134
305-445-2500
Email: tdiaz@riveromestre.com

Connie Flores Jones
Alavi & Anaipakos, PLLC
609 Main Street, Suite 3200
Houston, TX 77002
(713) 751-2632
Email: cfloresjones@aatriallaw.com

David C. Banker
Bush Ross Gardner Warren & Rudy
220 South Franklin Street
PO Box 3913
Tampa, FL 33601-3913
813-224-9255
Fax: 813-223-9620
Email: dbanker@bushross.com

Justin Y. Chen
Alavi & Anaipakos PLLC
609 Main Street, Suite 3200

Houston, TX 77002
(713) 751-2632
Email: jchen@aatriallaw.com

Masood Anjom
Alavi & Anaipakos PLLC
609 Main Street, Suite 3200
Houston, TX 77002
(713) 751-2632
Email: manjom@aatriallaw.com

Jonathan Tuminaro
Sterne Kessler Goldstein & Fox PLLC
1101 K Street NE, 10th Floor
Washington, DC 20005
202-371-2600
Email: jtuminar@sternekessler.com

Michael Specht
Sterne Kessler Goldstein & Fox PLLC
1101 K Street NE, 10th Floor
Washington, DC 20005
202-371-2600
Email: mspecht@sternekessler.com

Uma Everett
Sterne Kessler Goldstein & Fox PLLC
1101 K Street NE, 10th Floor
Washington, DC 20005
202-371-2600
Email: ueverett@sternekessler.com

Lauren A. Watt
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NE, 10th Floor
Washington, DC 20005
(202) 371-2600
Email: lwatt@sternekessler.com

Madisyn L. Richards
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NE, 10th Floor
Washington, DC 20005
(202) 371-2600
Email: mrichards@sternekessler.com

Paige Cloud
Sterne, Kessler, Goldstein & Fox P.L.L.C.

1101 K Street NE, 10th Floor
Washington, DC 20005
(202) 371-2600
Email: pcloud@sternekessler.com

Tyler J. Dutton
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NE, 10th Floor
Washington, DC 20005
(202) 371-2600
Email: tdutton@sternekessler.com

Harvey W. Gurland , Jr.
Duane Morris
201 S Biscayne Boulevard
Suite 3400
Miami, FL 33131
305-960-2214
Fax: 305-397-1874
Email: hwgurland@duanemorris.com

Alice E. Snedeker
Duane Morris LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
404.253.6900
Email: aesnedeker@duanemorris.com

Matthew Sean Yungwirth
Duane Morris LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309
404-253-6900
Fax: 253-6901
Email: MSYungwirth@duanemorris.com