## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-21226-EA

DR. EDWIN A. HERNANDEZ, and
EGLA CORP.,

     Plaintiff,

vs.

STINGRAY GROUP, INC, f/k/a
STINGRAY DIGITAL GROUP INC.,
STINGRAY MUSIC USA, INC.,
MOOD MEDIA LLC f/k/a
MOOD MEDIA CORPORATION,
AT&T ENTERPRISES, LLC f/k/a AT&T
CORP., MILLICOM, INTERNATIONAL
SERVICES, LLC and BLUE STREAM
COMMUNICATIONS, LLC dba
BLUE STREAM FIBER,

     Defendants.

**PLAINTIFFS' RESPONSE TO DEFENDANTS STINGRAY GROUP, INC. AND
STINGRAY MUSIC USA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY
UNDER L.R. 7.8 [ECF NO. 422]**

*Insulet* does not change the outcome of Stingray's Motion (ECF No. 396), for four reasons.

First, *Insulet* applied no Eleventh Circuit law; finding "no First Circuit authority," the panel predicted regional-circuit law. Ex. A at 15. In this Circuit, suspicion alone does not trigger the limitations period. *Knights Armament Co. v. Optical Sys. Tech., Inc.*, 654 F.3d 1179, 1185 n.12 (11th Cir. 2011)—the Report's foundation (ECF No. 350 at 8), affirmed de novo without citing *Insulet*. ECF No. 421.

Second, *Insulet* reversed a post-trial JMOL denial where the plaintiff bore the burden of proving delayed discovery. Ex. A at 20. Stingray bears the Rule 56 burden.

Third, *Insulet*'s similarity prong rested on a visually observable device the plaintiff's engineers called "cloned." Ex. A at 21–23. Plaintiffs' secrets are source-code internals on encrypted servers; the platform observable in April 2014 (OSE1) is unaccused. ECF No. 259 ¶¶ 79–82. What Plaintiffs knew is disputed. ECF No. 408 ¶¶ 66–67.

Fourth, Stingray's reply insists the asserted secrets were incomplete until October 2014— after the events it claims triggered the clock. ECF No. 415 at 9–12. *Insulet* requires knowledge of an asserted secret. Ex. A at 22.

Dated: June 8, 2026

Respectfully submitted,

RL Drolet Patent Prosecution Services PLLC
515 E. Las Olas Blvd., Suite 1301
Fort Lauderdale, Florida 33301

/s/ Robert Drolet
Robert Drolet (Fla. Bar No. 1004135)
rob@rldpatents.com
yanina@rldpatents.com
*Counsel for Plaintiffs Dr. Edwin A.*
*Hernandez and EGLA Corp.*

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.8, the undersigned hereby certifies, in accordance with and reliance on the word count provided by the word-processing system used to prepare this response, that the number of words in the body of this filing is 198. This filing contains no footnotes.

/s/ Robert Drolet
Robert Drolet

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rule 5.2(a) on June 8, 2026, and was

thereby served on all counsel of record pursuant to Local Rule 5.2(a) and the Federal Rules of Civil Procedure.

/s/ Robert Drolet
Robert Drolet