**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| EDWIN A. HERNANDEZ and EGLA CORP.,<br>    Plaintiffs,<br>v.<br>STINGRAY GROUP, INC. f/k/a STINGRAY<br>DIGITAL GROUP, INC., STINGRAY MUSIC<br>USA, INC., MOOD MEDIA LLC f/k/a MOOD<br>MEDIA CORPORATION, AT&T ENTERPRISES,<br>LLC f/k/a AT&T CORP., MILLICOM<br>INTERNATIONAL SERVICES, LLC, and BLUE<br>STREAM COMMUNICATIONS, LLC dba BLUE<br>STREAM FIBER,<br>    Defendants,<br>_____/ | Case No. 1:24-cv-21226-EA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF WITHDRAWAL AND CORRECTED FILING OF
PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO LIFT THE STAY OF
PATENT-INFRINGEMENT COUNTS (COUNTS III-V) (ECF 426) [ECF. 433]**

Plaintiffs Edwin A. Hernandez and Egla Corp. ("Plaintiffs"), by and through undersigned

counsel, hereby file this Notice of Withdrawal of Plaintiffs' Reply in Support of Motion to Lift

Stay of Patent- Infringement (Counts III-V) (ECF.433], which was filed on July 20, 2026.

Plaintiffs respectfully withdraw the previously filed Reply in Support of Motion to Lift

the Stay to correct and revise the filing. Plaintiffs intend to submit a corrected version consistent

with the Court's Local Rules and applicable page limitations.

WHEREFORE, Plaintiffs respectfully request that the Court accept this Notice of

Withdrawal and corrected filing.

Dated: July 20, 2026

Respectfully submitted,

/s/ Robert L. Drolet
Robert L. Drolet, P.E., Esq.
Florida Bar No. 1004135
RL DROLET PATENT PROSECUTION
SERVICES, PLLC

1

515 E. Las Olas Boulevard, Suite 1301
Fort Lauderdale, FL 33301
Telephone: 954.691.0260
rob@rldpatents.com
yanina@rldpatents.com
*Counsel for Plaintiffs Dr. Edwin A. Hernandez and EGLA Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

/s/ Robert L. Drolet
Robert L. Drolet

2