UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-21226-EA

EDWIN A. HERNANDEZ, and
EGLA CORP.,

Plaintiffs,

vs.

STINGRAY GROUP, INC., f/k/a
STINGRAY DIGITAL GROUP, INC.,
STINGRAY MUSIC USA, INC.,
MOOD MEDIA LLC f/k/a
MOOD MEDIA CORPORATION,
AT&T ENTERPRISES, LLC f/k/a AT&T
CORP., MILLICOM INTERNATIONAL
SERVICES, LLC, and BLUE STREAM
COMMUNICATIONS, LLC dba
BLUE STREAM FIBER,

Defendants.
_______________________________________/

**PLAINTIFFS' RESPONSE UNDER LOCAL RULE 7.8 TO DEFENDANT MOOD MEDIA'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF 456)**

The Federal Circuit denied panel and en banc rehearing in a nonprecedential order stating no reasons. ECF 456-1 at 2–3. The rehearing objection is resolved, but the notice does not address Plaintiffs' principal grounds: posture, burden, and facts. ECF 428 at 1, 6–11.

*Insulet II* reversed only post-trial, on what the panel called "undisputed evidence." ECF 422-1 at 3, 11. Magistrate Judge Torres found a genuine dispute under *Knights Armament*, citing *Insulet* only for its summary-judgment denial, which *Insulet II* did not disturb. ECF 350 at 8, *aff'd*, ECF 421.

EOFlow, the prevailing party, opposed rehearing because the rulings were "factbound," "record-based determinations," "not questions of law with any broad significance." *Insulet Corp. v. EOFlow Co.*, No. 25-1807 (Fed. Cir.), ECF 91 at 1; *see* ECF 456-1 at 3.

The panel's similarity findings rested on what could be seen: EOFlow displayed physical "clear case prototypes" whose features one could "see very easily," and Insulet personnel, "close enough … to take photographs," "observed striking similarities between the products." ECF 422-1 at 25, 35. Plaintiffs' secrets are source code with no visible embodiment: nothing to photograph and no design to compare. ECF 428 at 7–10. Reconsideration should be denied.

Dated: October 26, 2026

Respectfully submitted,

RL Drolet Patent Prosecution Services, PLLC
515 E. Las Olas Blvd., Suite 1301
Fort Lauderdale, Florida 33301
/s/ Robert L. Drolet
Robert L. Drolet (Fla. Bar No. 1004135)
rob@rldpatents.com
yanina@rldpatents.com
Counsel for Plaintiffs Dr. Edwin A.
Hernandez and EGLA Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, a true and correct copy of the foregoing was filed electronically in compliance with Local Rule 5.2(a) and was served on all counsel of record via the Court's CM/ECF system.

/s/ Robert L. Drolet
Robert L. Drolet